

**HH&K**
Hinman, Howard & Kattell LLP
ATTORNEYS

80 Exchange Street | P.O. Box 5250 | Binghamton NY 13902-5250 | www.hhk.com

DAWN J. LANOUETTE
Partner
dlanouette@hhk.com
P: (607) 231-6917
F: (607) 723-6605

August 21, 2018

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, NY 14614
*__Via Electronic Filing__*

      Re:    **Adriana Jackson v. CoreLife Eatery, LLC**
             **Index No.: 6:18-CV-6284-FPG**

Dear Judge Payson,

    I am in receipt of the conference scheduling notice for the Rule 16 conference. I respectfully request to appear by telephone for the conference, and am willing to arrange for a conference call line if appropriate.

    Thank you for your consideration.

Very truly yours,

HINMAN, HOWARD & KATTELL, LLP

By: *[signature]*
Dawn J. Lanouette

DJL/blm

cc:    Adriana Jackson (via regular mail), 214 Van Auker Street, Rochester, NY 14608